**FILED**
**CLERK**

10:29 am, May 10, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHELLE TENZER-FUCHS, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) |
| -against- | ) <br> ) |
| BLOOM NUTRITION, LLC, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**STIPULATION OF**
**DISMISSAL**
**WITH PREJUDICE**

2:21-cv-02487-GRB-JMW

It is hereby stipulated and agreed by and between Plaintiff Michelle Tenzer-Fuchs,

Defendant Bloom Nutrition, LLC, by and through their respective counsel, that this action is

dismissed with prejudice and without costs against any party.

Dated: New York, New York
       May 9, 2022

MOSES & SINGER LLP

By: _/s/John Baranello_____
John Baranello
405 Lexington Avenue
New York, NY 10174
Attorneys for Defendant

SHALOM LAW, PLLC

By: _Jonath Shalom_____
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Attorneys for Plaintiff

/s/ Gary R. Brown
_____
SO ORDERED:
U.S. District Judge Gary R. Brown